# ROBERT J. BELES
### ATTORNEY AT LAW

THE ORDWAY BUILDING                          PHONE (510) 836-0100
1 KAISER PLAZA , SUITE 2300                   --------------
OAKLAND, CALIFORNIA 94612                      FAX  (510) 832-3690

Brenda Tolbert
Phone: (415) 522-4708
Fax: (415) 522-4711

Friday, December 7, 2007

Dear Ms. Tolbert,

Our office has been hired to represent Ms. Barbara Lewis, case #:3-07-70700.  Her case is currently scheduled for Wednesday, December 12, 2007 in front of the Honorable Magistrate Judge Maria-Elena James. We would like to advance the case to Monday, December 10, 2007 to substitute in as counsel.

Please call our office if there are any questions or concerns with this change. Thank you for your time and consideration

Sincerely,

JAMIL F. KARWASH
JFK