# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

*FILED*
*07 DEC 11 PM 3:50*

**WHA**

---

UNITED STATES OF AMERICA,

V.

BARBARA LEWIS
a/k/a STEPHANIE MICHELLE PUCKETT

DEFENDANT.

---

# INDICTMENT

Title 18, United States Code, section 1544- Misuse of a Passport

---

A true bill.

_Horace J. Bell_ Foreman

---

Filed in open court this  11th  day of
December, 2007

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ _no process_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. § 1544 (Misuse of a Passport)<br>☐ Petty  ☐ Minor  ☐ Misdemeanor  ☑ Felony<br>PENALTY:<br>Class D Felony: Maximum of 10 years; a fine of $250,000; or both imprisonment and fine; 3 years supervised release; $100 special assessment. | DEFENDANT - U.S.<br>▶ BARBARA LEWIS a/k/a Stephanie Michelle Puckett<br>DISTRICT COURT NUMBER |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>ICE / SA Diana Alvarez<br>☐ person is awaiting trial in another Federal or State Court, give name of court<br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAGISTRATE CASE NO.<br>3-07-70700 BZ<br>Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**<br>☑ U.S. Att'y ☐ Other U.S. Agency<br>Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton | **DEFENDANT**<br>IS *NOT* IN CUSTODY<br>1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br>IS IN CUSTODY<br>4) ☑ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of Institution<br>Has detainer been filed? ☐ Yes  ☑ No  } If "Yes" give date filed<br>DATE OF ARREST ▶ 11/28/2007<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ 11/28/2007<br>☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** ||
| PROCESS:<br>☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address:<br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time:<br>Before Judge:<br>Comments: ||

**ORIGINAL**

1  Scott N. Schools (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )   No.
                                    )
14         Plaintiff,                )   VIOLATION: 18 U.S.C. §1544 – Misuse of
                                    )   a Passport
15     v.                            )
                                    )   SAN FRANCISCO VENUE
16 BARBARA LEWIS                    )
     a/k/a Stephanie Michelle Puckett,)
17                                   )
           Defendant.                )
18 _____)

19                    INDICTMENT

20 The Grand Jury charges:

21

22     On or about November 21, 2007, in the Northern District of California, the defendant,

23                    BARBARA LEWIS,
                 a/k/a Stephanie Michelle Puckett,
24

25 willfully and knowingly used U.S. Passport number 057012027, which passport had been issued

26 and designed for the use of another person, to wit, Stephanie Michelle Puckett, in that the

27 defendant presented said passport to a Customs and Border Patrol Officer of the United

28 //

INDICTMENT

States at San Francisco International Airport, to gain entry into the United States, in violation of Title 18, United States Code, Section 1544.

DATED: December 11, 2007                         A TRUE BILL.

                                                 _____
                                                 FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____ )
                      AUSA Barton

INDICTMENT                          2