**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 8, 2008

Case No.:  CR 07-0782 WHA

Title:  UNITED STATES -v- BARBARA LEWIS (custody)

Appearances:
    For the Government:  Denise Barton

    For the Defendant(s): Jamil Karwash

Interpreter: n/a                                   Probation Officer: n/a

Deputy Clerk:  Dawn Toland                         Court Reporter:  Belle Ball

**PROCEEDINGS**

1)   Trial Setting - HELD

2)   _____

Case continued to **1/15/08 at 2:00 pm**   for Motion/Trial Setting

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded:  **Begins:    1/8/08**           **Ends:     1/15/08**

**ORDERED AFTER HEARING:**