**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 15, 2008

Case No.:  CR 07-0782 WHA

Title:  UNITED STATES -v- BARBARA LEWIS (custody)

Appearances:
    For the Government:  Denise Barton

    For the Defendant(s): Jamil Karwash

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Catherine Edwards

**PROCEEDINGS**

1)  Trial/Motion Setting - HELD

2)  

Case continued to  **1/29/08 at 2:00pm**  for Status/Plea

Case continued to ___ for Pretrial Conference

Case continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**

Parties have reached a possible disposition.  Speedy trial date is 3/25/08.  No time is excluded.