JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BARBARA LEWIS,<br><br>    Defendant. | CR No. 07-0782 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

    On December 12, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from December 12, 2007 to January 8, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time - CR 07-0782 WHA    1

effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: January 15, 2008                          /s/ Denise Barton
                                              DENISE MARIE BARTON
                                              Assistant United States Attorney

DATED: January 15, 2008                          /s/
                                              JAMIL KARWASH
                                              ANNE BELES
                                              Attorneys for BARBARA LEWIS

As the Court found on December 12, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from December 12, 2007 to January 8, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                            _____
                                              HONORABLE MARIA ELENA JAMES
                                              United States Magistrate Judge