JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BARBARA LEWIS,<br><br>    Defendant. | CR No. 07-0782 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On January 8, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 8, 2008 to January 15, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

DATED: January 15, 2008                    /s/ Denise Barton
                                                DENISE MARIE BARTON
                                                Assistant United States Attorney

DATED: January 15, 2008                    /s/
                                                JAMIL KARWASH
                                                ANNE BELES
                                                Attorneys for BARBARA LEWIS

As the Court found on January 8, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from January 8, 2008 to January 15, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                         _____
                                                HONORABLE WILLIAM H. ALSUP
                                                United States District Court Judge