JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0782 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|     v. ) | |
| BARBARA LEWIS, ) | |
|     Defendant. ) | |

On January 8, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 8, 2008 to January 15, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time - CR 07-0782 WHA      1

1  effective preparation of counsel, taking into account the exercise of due diligence.  See 18
2  U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

7  DATED: January 15, 2008                 /s/ Denise Barton
                                                            DENISE MARIE BARTON
                                                            Assistant United States Attorney

10 DATED: January 15, 2008                 /s/
                                                            JAMIL KARWASH
                                                            ANNE BELES
                                                            Attorneys for BARBARA LEWIS

15     As the Court found on January 8, 2008, and for the reasons stated above, the Court finds
16 that the ends of justice served by the continuance outweigh the best interests of the public and
17 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 calculations from  January 8, 2008 to January 15, 2008 for effective preparation of counsel.  See
19 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel
20 reasonable time necessary for effective preparation, taking into account the exercise of due
21 diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

22 SO ORDERED.

25 DATED:  January 16, 2008.
                                                            _____
                                                            HONORABLE WILLIAM H. ALSUP
                                                            United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup*

Stipulation and [~~Proposed~~] Order Excluding Time - CR 07-0782 WHA          2