UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 29, 2008

Case No.: CR 07-0782 WHA

Title: UNITED STATES -v- BARBARA LEWIS (custody)

Appearances:
    For the Government: Denise Barton

    For the Defendant(s): Jamil Karwash

Interpreter: n/a      Probation Officer: n/a

Deputy Clerk: Dawn Toland      Court Reporter: Juanita Gonzalez

**PROCEEDINGS**

1) Status - HELD

2) 

Case continued to **2/12/08 at 2:00 pm** for Change of Plea

Case continued to ___ for Pretrial Conference

Case continued to ___ for Jury Trial

Time Excluded:  **Begins:  1/29/08**       **Ends:  2/12/08**

**ORDERED AFTER HEARING:**

Parties have reached a disposition and will return for a change of plea.  Time is excluded from today until 2/12/08.