JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0782 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| BARBARA LEWIS, | |
| Defendant. | |

    On January 29, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 29, 2008 to February 12, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time - CR 07-0782 WHA      1

effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 30, 2008                /s/ Denise Barton
DENISE MARIE BARTON
Assistant United States Attorney

DATED: January 30, 2008                /s/
JAMIL KARWASH
ANNE BELES
Attorneys for BARBARA LEWIS

As the Court found on January 29, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from January 29, 2008 to February 12, 2008 for effective preparation of counsel and continuity of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: February 5, 2008.
_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

[Stamp: IT IS SO ORDERED / Judge William Alsup]