UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 12, 2008

Case No.:  CR 07-0782 WHA

Title:  UNITED STATES -v- BARBARA LEWIS (custody)

Appearances:
    For the Government:  Denise Barton

    For the Defendant(s): Jamil Karwash

Interpreter: None    Probation Officer: None

Deputy Clerk: Frank Justiliano    Court Reporter:  Joan Columbini

**PROCEEDINGS**

1)  Change of Plea - HELD

2)  

**ORDERED AFTER HEARING:**

The plea agreement is signed and filed in court.  The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count one of the indictment. The plea is accepted.  Sentencing is scheduled for 4/29/08 @ 2:00 p.m. The matter is referred to the Probation Office for a presentence report.