UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

**FILED**
MAY - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: April 29, 2008

Case No.: CR 07-0782 WHA

Title: UNITED STATES -v- BARBARA LEWIS (custody)

Appearances:
 For the Government: Denise Barton

 For the Defendant(s): Jamil Karwash

Interpreter: n/a                Probation Officer: Ann Searles

Deputy Clerk: Dawn Toland       Court Reporter: Juanita Gonzalez

**PROCEEDINGS**

1) Sentencing - HELD

2) _____

Case continued to __ for Status

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 8 months and placed on supervised release for 3 years with special conditions: 1) pay $100 special assessment; see judgment for other conditions. No Fine is imposed.